CM/ECF hrgds
(Rev. 12/21/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:    Edward F. Crocker<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 17–11811–JDW<br>Chapter: 11<br>Judge: Jason D. Woodard |

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

NOTICE is hereby given that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 8/23/18 at 10:00 AM

OBJECTIONS DUE: 8/13/18

to consider and act upon the following:

*109* – Disclosure Statement Filed by Craig M. Geno on behalf of Edward F. Crocker (Geno, Craig)

Should any party receiving this notice respond or object to said Disclosure Statement such response or objection is required to be filed with the Clerk of this Court and served on the attorney for movant, debtor(s), trustee (if any), the U.S. Trustee, and any committee appointed under the Code on or before said objection due date.

Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. Miss. Bankr. L.R. 5005–1(a)(2)(A). Those granted an exception from mandatory electronic filing shall submit any such objection to the Clerk of the Court at the U.S. Bankruptcy Court, 703 Highway 145 North, Aberdeen, MS 39730. Miss. Bankr. L.R. 5005–1(a)(2)(B). A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in U.S. Bankruptcy Court only through a licensed attorney. Miss. Bankr. L.R. 9010–1(b)(1)(C).

If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date; otherwise, the Court may consider said Disclosure Statement immediately after the objection or response due date.

A copy of the Disclosure Statement is required to be served pursuant to Fed. R. Bankr. P. 3017. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID DISCLOSURE STATEMENT ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 7/10/18

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CHH
    Deputy Clerk