# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **EDWARD F. CROCKER**   **CHAPTER 11**
Debtor   **CASE NO. 17-11811-JDW**

## BALLOT SUMMARY AND CERTIFICATION

I, Craig M. Geno, counsel of record for Edward F. Crocker, do hereby certify that the ballots attached hereto and filed herewith are true and correct copies of the original ballots received and that the summary of the ballots tally is a true and accurate reflection of the acceptances and rejections actually cast in this case with respect to the Debtor's Plan of Reorganization **[DK #110]**.

| BALLOT SUMMARY BY CLAIM ||||
|---|---|---|---|
| Name (Alphabetized) | Class | Allowed Amount | Vote |
| BankFirst Financial Services | 3 | $34,000.00 | Accepts |
| Regions Bank | 4 | $373,234.49 | Rejects |

| BALLOT SUMMARY BY CLASS |||||||
|---|---|---|---|---|---|---|
| Class | Total # | Total $ Amount | Total # of Yes/No || Total $ Amount by Yes/No || Class Vote |
| | | | Yes | No | Yes | No | |
| 3 | 1 | $34,000.00 | 1 | 0 | $34,000.00 | $0 | 100% Accepts |
| 4 | 1 | $373,234.49 | 0 | 1 | $0 | $373,234.49 | 0% Accepts |

THIS, the 16th day of October, 2018.

                Respectfully submitted,

                EDWARD F. CROCKER

                By His Attorneys

                LAW OFFICES OF CRAIG M. GENO, PLLC

                By: /s/ Craig M. Geno
                      Craig M. Geno

(Attach copies of ballots)

Case 17-11811-JDW    Doc 129-1    Filed 08/17/18    Entered 08/17/18 14:37:17    Desc
Chapter 11 Ballot    Page 1 of 1

CM/ECF hrgcnf3
(Rev. 12/21/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Edward F. Crocker  )   Case No.: 17-11811-JDW
        Debtor(s)          )   Chapter: 11
                           )   Judge: Jason D. Woodard
                           )
                           )

### BALLOT FOR ACCEPTING OR REJECTING PLAN

Confirmation Hearing Set On (RE: related document(s)110 Chapter 11 Plan filed by Debtor Edward F. Crocker). Confirmation hearing to be held on 10/23/2018 at 10:00 AM at Cochran U.S. Bankruptcy Courthouse. Last Day to Object to Confirmation 9/24/2018 for 110, Ballots Due 9/24/2018 for 110, Entered on Docket by: (CHH)

The Court has conditionally approved/approved a disclosure statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent's attorney who mailed you this ballot. Court approval of the disclosure statement does not indicate approval of the Plan by the Court. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]
The undersigned, the holder of a Class [3 &4] claim against the Debtor in the unpaid amount of $ 34,000.00 — agreed upon value on 2 vehicles. New note executed. See terms of AO [DKT 63] incorporated into Plan

[or, if the voter is the holder of a bond, debenture, or other debt security:]
The undersigned, the holder of a class [ ] claim against the Debtor, consisting of $ _____ principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor (For purposes of this Ballot it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

[or, if the voter is the holder of an equity interest:]
The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe equity interest] _____ in the Debtor.

[Check One Box Only]    [X] ACCEPTS    [ ] REJECTS
Dated: 8/22/18
Print/Type Individual or Corporate Name: BankFirst Financial Services / James P. Wilson, Jr.
Signature: Jenny Wilson, Jr.
Title (if corporation or partnership): Counsel for BankFirst
Address: P.O. Box 1366
Columbus, MS 39703

RETURN THIS BALLOT ON OR BEFORE 9/24/18 TO:
Attorney for Debtor or Designated Agent for Debtor listed below:

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

CM/ECF hrgcnf3
(Rev. 12/21/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:   Edward F. Crocker )   Case No.: 17-11811-JDW
Debtor(s) )   Chapter: 11
)   Judge: Jason D. Woodard
)
)

### BALLOT FOR ACCEPTING OR REJECTING PLAN

Confirmation Hearing Set On (RE: related document(s)110 Chapter 11 Plan filed by Debtor Edward F. Crocker). Confirmation hearing to be held on 10/23/2018 at 10:00 AM at Cochran U.S. Bankruptcy Courthouse. Last Day to Object to Confirmation 9/24/2018 for 110, Ballots Due 9/24/2018 for 110, Entered on Docket by: (CHH)

The Court has conditionally approved/approved a disclosure statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent's attorney who mailed you this ballot. Court approval of the disclosure statement does not indicate approval of the Plan by the Court. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]
The undersigned, the holder of a Class [ 4 ] claim against the Debtor in the unpaid amount of $ 373,234.49.

[or, if the voter is the holder of a bond, debenture, or other debt security:]
The undersigned, the holder of a class [   ] claim against the Debtor, consisting of $_____ principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor (For purposes of this Ballot it is not necessary and you should not adjust the principal amount for any accured or unmatured interest.)

[or, if the voter is the holder of an equity interest:]
The undersigned, the holder of Class [   ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe equity interest] _____ in the Debtor.

[Check One Box Only]   [ ] ACCEPTS   [x] REJECTS
Dated: September 24, 2018
Print/Type Individual or Corporate Name: /s/ Amanda M. Beckett
Signature: Attorney for Regions Bank
Title (if corporation or partnership): Rubin Lublin, LLC
Address: 428 N. Lamar Blvd., Suite 107
Oxford, MS 38655
(601) 398-0153/abeckett@rubinlublin.com

RETURN THIS BALLOT ON OR BEFORE 9/24/18 TO:
Attorney for Debtor or Designated Agent for Debtor listed below:

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157